IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY MONTGOMERY,

    Plaintiff,

v.

CHASE BANK USA,

    Defendant.

No. C 12-2611 CRB

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS**

For the reasons stated from the bench, the Court GRANTS Defendant Chase Bank's Motion to Dismiss the First Amended Complaint (dkt. 21) as to the unfair prong of California's Unfair Competition Law ("UCL"), Cal. Bus. & Profs. Code § 17200 *et seq.*, and DENIES the Motion to Dismiss as to the unlawful prong of the UCL.

**IT IS SO ORDERED.**

Dated: July 20, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2455\order re MTD.wpd